Dismissed and Memorandum Opinion filed March 6, 2008








Dismissed
and Memorandum Opinion filed March 6, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00997-CV

____________

 

JOHN BRIAN DUBISKI, Appellant

 

V.

 

MICHELLE R. DUBISKI, Appellee

 



 

On Appeal from the
311th District Court

Harris County,
Texas

Trial Court Cause
No. 2003-40063 

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 28, 2007.  On February 20, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed March
6, 2008.

Panel consists of Justices Fowler, Frost and Seymore.